BEFORE THE THIRD DIVISION, JUNE 24, 1958

**No. 62131.**—W. M. Stone & Company *v.* United States, protest 279688–K (Norfolk).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise, facts, and issues are the same in all material respects as those the subject of *R. J. Saunders & Co., Inc.* v. *United States* (37 Cust. Ct. 267, C. D. 1834), the collector was directed to [reliquidate the entries, assessing duty upon the basis of the unit appraised value per conditioned pound or kilo, multiplied by the total number of conditioned pounds or kilos, as set forth in the invoices.

**No. 62132.**—Malko Bros. Cassatly Co., Inc., et al. *v.* United States, protests 159429–K, etc. (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of olives in brine similar in all material respects to those the subject of *Moscahlades Bros., Inc.* v. *United States* (39 Cust. Ct. 127, C. D. 1917), the claim of the plaintiffs was sustained.